UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DWIGHT JOHN,<br>　　Petitioner,<br><br>v.<br><br>EDWARD FICCO,<br>　　Respondent. | )<br>)<br>)　Civil Action No. 05-11653-WGY<br>)<br>)<br>)<br>)<br>) |

## MOTION TO SET DATE FOR RESPONSE TO HABEAS CORPUS PETITION

In this habeas corpus proceeding filed pursuant to 28 U.S.C. § 2254, the petitioner filed a memorandum in support of his petition concurrently with his habeas corpus petition. Edward Ficco, the respondent, respectfully requests that the Court set a date by which he is to file his memorandum in opposition to the petitioner's habeas corpus petition. The respondent requests that this Court enter an order permitting him to file by October 19, 2005.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　THOMAS F. RILEY
　　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL


　　　　　　　　　　　　　　　　　　　　　/s/ Daniel I. Smulow
　　　　　　　　　　　　　　　　　　　　　Daniel I. Smulow, BBO 641668
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Criminal Bureau
　　　　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　　(617) 727-2200 ext. 2949

Dated: September 9, 2005

2

**Certificate of Service**

      I, Daniel I. Smulow, hereby certify that on September 9, 2005, I served a true copy of this document by first class mail to counsel for the petitioner: James Lawson, Esq., 20 Park Plaza, Suite 905, Boston, MA 02116.

                                                                                             /s/ Daniel I. Smulow