UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ |  |  |
| DWIGHT JOHN ) | Civil Action |
|     Petitioner ) | No. 05-11653-WGY |
| ) |  |
| v. ) |  |
| ) |  |
| LOIS RUSSO, ) |  |
| Superintendent ) |  |
| Souza Baranowski ) |  |
| Correctional Facility, ) |  |
|     Respondent ) |  |
| _____) |  |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Petitioner's Supplemental Brief in Support of His Habeas Petition through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 13th day of January 2006.

/s/James Lawson
JAMES LAWSON
BBO# 289300
20 Park Plaza, Suite 905
Boston, MA 02116
Date: January 18, 2006        617-227-3700