UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DWIGHT JOHN,<br>    Petitioner,<br><br>v.<br><br>LOIS RUSSO,<br>    Respondent. | )<br>)<br>)    Civil Action No. 05-11653-WGY<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance as counsel of record for respondent in the above-titled action.

                                      Respectfully submitted,

                                      THOMAS F. REILLY
                                      ATTORNEY GENERAL

                                      /s/ David M. Lieber
                                      David M. Lieber (BBO# 653841)
                                      Assistant Attorney General
                                      Criminal Bureau
                                      One Ashburton Place
                                      Boston, Massachusetts  02108
                                      (617) 727-2200 ext.2827

                                      ATTORNEYS FOR RESPONDENT

Dated:  June 13, 2006