```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| DWIGHT JOHN )<br>    Petitioner )<br>                         )<br>V.                              )<br>                         )<br>LOIS RUSSO, )<br>Superintendent )<br>Souza Baranowski )<br>Correctional Facility, )<br>    Respondent )  | Civ Action<br>No. 05-11653-WGY |

**PETITIONER'S NOTICE OF APPEAL**

Now Comes Dwight John, who respectfully, enters his notice of appeal to this Court's dismissal of his petition for writ of habeas corpus filed pursuant to Title 18 U.S.C. §2554. Counsel also moves this Court to issue its certificate of appealability in accordance with its previous ruling.

                        BY DWIGHT JOHN'S ATTORNEY,


                        /S/ JAMES W. LAWSON
                        JAMES W. LAWSON, BAR# 289300
                        20 Park Plaza, Suite 905
                        Boston, MA 02116
                        (617)227-3700

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of Petitioner above Motion through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 8th day of November 2006.

                        /s/James Lawson
                        JAMES LAWSON BBO# 289300
                        20 Park Plaza, Suite 905
                        Boston, MA 02116