## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11653

Dwight John

v.

Lois Russo

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-22

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/8/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 9, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 11/9/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11653-WGY

John v. Russo
Assigned to: Judge William G. Young
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/09/2005
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Petitioner**

**Dwight John**     represented by **James W. Lawson**
Oteri, Weinberg & Lawson
20 Park Plaza
Statler Office Building
Suite 905
Boston, MA 02116
617-227-3700
Fax: 617-338-9538
Email: lroseowl@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Edward Ficco**     represented by **Daniel I. Smulow**
*Superintendent, Souza Baranowski Correctional Facility*
*TERMINATED: 09/16/2005*
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Lois Russo**     represented by **Daniel I. Smulow**
*Superintendent, Souza Baranowski Correctional Facility*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Lieber**
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755

Email: david.lieber@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5.00, receipt number 66143, filed by Dwight John. (Attachments: # 1 Civil Cover Sheet # 2 Category Form)(Bell, Marie) (Entered: 08/11/2005) |
| 08/09/2005 | 2 | MEMORANDUM by Dwight John in Support of 1 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Part 2)(Bell, Marie) (Entered: 08/11/2005) |
| 08/09/2005 | 3 | APPENDIX (Volume I) re 1 Petition for writ of habeas corpus (28:2254) by Dwight John. (Bell, Marie) (Entered: 08/11/2005) |
| 08/09/2005 | 4 | APPENDIX (Volume II) re 1 Petition for writ of habeas corpus (28:2254) by Dwight John. (Bell, Marie) (Entered: 08/11/2005) |
| 08/09/2005 | 5 | APPENDIX (Volume III) re 1 Petition for writ of habeas corpus (28:2254) by Dwight John. (Bell, Marie) (Entered: 08/11/2005) |
| 08/09/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Bell, Marie) (Entered: 08/11/2005) |
| 08/22/2005 | 6 | Judge William G. Young : SERVICE ORDER entered re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Bell, Marie) (Entered: 08/22/2005) |
| 08/31/2005 |  | Return receipt received for mail sent to Lois Russo Delivered on 8/24/05 (Bell, Marie) (Entered: 08/31/2005) |
| 08/31/2005 |  | Mail Returned as Undeliverable. Mail sent to Edward Ficco. NOT KNOWN. (Bell, Marie) (Entered: 08/31/2005) |
| 08/31/2005 |  | Return receipt received for mail sent to Cathryn A. Neaves Delivered on 8/23/05 (Bell, Marie) (Entered: 08/31/2005) |
| 09/09/2005 | 7 | RESPONSE/ANSWER to *Federal Habeas Corpus Petition* by Edward Ficco. (Smulow, Daniel) (Entered: 09/09/2005) |
| 09/09/2005 | 8 | MOTION to Substitute Party *Lois Russo for Edward Ficco* by Edward Ficco.(Smulow, Daniel) (Entered: 09/09/2005) |
| 09/09/2005 | 9 | MOTION for Order to Set Briefing Schedule for Respondent by Edward Ficco.(Smulow, Daniel) (Entered: 09/09/2005) |
| 09/12/2005 | 10 | SUPPLEMENTAL ANSWER to Complaint by Edward Ficco.(Bell, Marie) (Entered: 09/13/2005) |
| 09/16/2005 |  | Judge William G. Young : Electronic ORDER entered granting 8 Motion |

| | | |
|---|---|---|
| | | to Substitute Party. Edward Ficco terminated. Granting 9 Motion for Order to Set Briefing Schedule. BRIEF DUE OCTOBER 19, 2005. cc/cl. (Bell, Marie) (Entered: 09/16/2005) |
| 10/18/2005 | 11 | MEMORANDUM OF LAW by Lois Russo to 2 Memorandum of Law. (Smulow, Daniel) (Entered: 10/18/2005) |
| 10/19/2005 | 12 | Objection to 1 Petition for writ of habeas corpus (28:2254) by Lois Russo. (Smulow, Daniel) (Entered: 10/19/2005) |
| 10/19/2005 | | Notice of correction to docket made by Court staff. Correction: Document #11-Memorandum of Law corrected because: Electronically Filed Incorrectly. Attorney refiled Correct Document - Opposition to Petiton - Document #12. (Bell, Marie) (Entered: 10/19/2005) |
| 10/25/2005 | 13 | RESPONSE/ANSWER to *Respondent's Memorandum in Opposition to Habeas Petition* 11 Memorandum of Law by Dwight John. (Lawson, James) (Entered: 10/25/2005) |
| 10/28/2005 | | NOTICE of Hearing:Hearing on Petition set for WED. 12/14/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 10/28/2005) |
| 12/14/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Hearing re Petition for Writ of Habeas Corpus held on 12/14/2005. After hearing the Court takes the matter UNDER ADVISEMENT. Further briefs are to be filed by 1/13/06. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 12/15/2005) |
| 12/15/2005 | 14 | Judge William G. Young : MEMORANDUM AND ORDER entered. (Bell, Marie) (Entered: 12/15/2005) |
| 01/13/2006 | 15 | MEMORANDUM OF LAW by Dwight John to 1 Petition for writ of habeas corpus (28:2254), 14 Memorandum & ORDER. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Lawson, James) (Entered: 01/13/2006) |
| 01/17/2006 | 16 | MOTION for Extension of Time to January 17, 2006 to File *Supplemental Memorandum* by Lois Russo.(Smulow, Daniel) (Entered: 01/17/2006) |
| 01/17/2006 | 17 | Objection by Lois Russo *Supplemental Memorandum Regarding Evidentiary History of September 23, 2000 Letter*. (Smulow, Daniel) (Entered: 01/17/2006) |
| 01/18/2006 | 18 | CERTIFICATE OF SERVICE by Dwight John re 15 Memorandum of Law *Petitioner's Supplemental Brief in Support of His Habeas Petition*. (Lawson, James) (Entered: 01/18/2006) |
| 01/18/2006 | | Judge William G. Young : Electronic ORDER entered granting 16 Motion for Extension of Time to January 17, 2006 to File Supplemental Memorandum. (Paine, Matthew) (Entered: 01/19/2006) |
| 06/13/2006 | 19 | NOTICE of Appearance by David M. Lieber on behalf of Lois Russo |

| | | |
|---|---|---|
| | | (Lieber, David) (Entered: 06/13/2006) |
| 10/13/2006 | 20 | Judge William G. Young : ORDER entered. MEMORANDUM AND ORDER: "John's Petition Under 28 U.S.C 2254 for Writ of Habeas Corpus Doc. No. 1 is DENIED."(Paine, Matthew) (Entered: 10/13/2006) |
| 10/13/2006 | | ***Civil Case Terminated*** (Paine, Matthew) (Entered: 10/13/2006) |
| 10/18/2006 | 21 | MOTION for Reconsideration re 20 Memorandum & ORDER *or Alternatively Request for Certificate of Appealability* by Dwight John. (Lawson, James) (Entered: 10/18/2006) |
| 10/19/2006 | | Judge William G. Young : Electronic ORDER entered re 21 MOTION for Reconsideration re 20 Memorandum & ORDER or Alternatively Request for Certificate of Appealability. "The Motion for Reconsideration is DENIED. A Certificate of Appealability Shall Issue as to the Matter Raised Herein." (Paine, Matthew) (Entered: 10/19/2006) |
| 11/08/2006 | 22 | NOTICE OF APPEAL as to 20 Memorandum & ORDER by Dwight John. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/28/2006. (Lawson, James) (Entered: 11/08/2006) |