UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



USDC Docket Number : 05-cv-11653

Dwight John

v.

Lois Russo

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-22

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/8/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 9, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 11/15/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2594

- 3/06